UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DONALD WALLING and CELESTA WALLING,

               Plaintiff,                            Case No. 15-cv-11289

v.                                          Honorable Thomas L. Ludington

GRAFF CHEVROLET-MT. PLEASANT, INC., and
MEMBERS FIRST CREDIT UNION,

               Defendants,

and

MEMBERS FIRST CREDIT UNION,

               Cross-Plaintiff,

v.

GRAFF CHEVROLET-MT. PLEASANT, INC.,

               Cross-Defendant.

_____/

### STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

      Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs Donald Walling and Celesta Walling and Defendant/Cross-Plaintiff Members First Credit Union stipulated and agreed that the Complaint, Cross-claim, and all other claims in the above-captioned action be dismissed with prejudice. *See* ECF No. 13.

      Pursuant to the parties' stipulation, it is **ORDERED** that Plaintiffs' Complaint, ECF No. 1, Cross-Plaintiff's Cross-claim, ECF Nos. 7 & 10, and all claims in this case are **DISMISSED with prejudice** without fees and costs to any party. This is a final order and closes the case.

Dated: July 13, 2015               s/Thomas L. Ludington
                                     THOMAS L. LUDINGTON
                                     United States District Judge

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on July 13, 2015.

s/Karri Sandusky
Karri Sandusky, Acting Case Manager